CURTIS CHALK, an Infant, by RUTH CHALK, His Guardian ad Litem, and RUTH CHALK, Respondents, v. MARCUS CONTRACTING COMPANY, INC., Appellant.— In an action to recover damages for injuries sustained by the infant plaintiff, and for loss of services, judgment in favor of plaintiffs reversed on the law and the facts

and a new trial granted, costs to abide the event. In our opinion, the verdicts are against the weight of the evidence. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.